UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANL-PAUL BOROWIEC, | No. 2:23-cv-02173-DJC-SCR |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| JONES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Prior to the close of discovery in this matter, defendant Jones filed an ex parte application to modify the Discovery and Scheduling Order entered on November 24, 2025. ECF No. 27. The motion was filed ex parte because plaintiff was released from prison and did not update his address with the court. ECF No. 27 at 2-3. As a result, defendant was not able to depose plaintiff and complete discovery in a timely manner. ECF No. 27. Plaintiff has not responded to motion and the time to do so has expired.

The Court will order plaintiff to show cause within 21 days why this case should not be dismissed for failure to comply with Local Rule 182(f) by updating his address. In the interim, the Court will vacate all pending deadlines in this matter until the order to show cause is resolved.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause within 21 days why this matter should not be dismissed for

1

failing to comply with Local Rule 182(f) by updating his address with the court.

2. All pending deadlines in this matter are vacated pending resolution of this order to show cause.

DATED: April 21, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2