UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEAN-PAUL BOROWIEC,

Plaintiff,

v.

JONES, et al.,

Defendants.

No.  2:23-cv-02173 DJC SCR

FINDINGS AND RECOMMENDATIONS

By order dated April 21, 2026, plaintiff was ordered to show cause, within twenty-one days, why this action should not be dismissed for failing to comply with Local Rule 182(f) by updating his address with the court.  ECF No. 28.  That order was predicated on the defendants' motion to extend the discovery deadline due to the fact that plaintiff had been released from prison on January 1, 2026 but had not provided an updated address to the defendants or the Court.  ECF No. 27 at 5-6.  The 21-day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that:

1.  This action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

2.  All pending motions be denied as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 18, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2